NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATIENCE NWANNA,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2023-1858

---

Petition for review of the Merit Systems Protection Board in No. DA-0752-15-0035-I-1.

---

### O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

2                                                    NWANNA V. MSPB


ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


                                          FOR THE COURT

August 22, 2023                           /s/ Jarrett B. Perlow
      Date                                Jarrett B. Perlow
                                          Clerk of Court


**ISSUED AS A MANDATE:** August 22, 2023